**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2665**

_____

ALICE R. BRINTON,

Plaintiff - Appellant,

versus

TOGO D. WEST, Secretary, Department of the
Army,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, Chief District
Judge.  (CA-97-777-Q)

_____

Submitted:  April 16, 1998          Decided:  April 28, 1998

_____

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Alice R. Brinton, Appellant Pro Se.  Major Thomas Mercer Ray,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion to reconsider its order granting summary judgment to the Defendant in a Title VII discrimination case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brinton v. West, No. CA-97-777-Q (E.D. Va. Nov. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED